# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| KENNETH ASHE, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 2:14-cv-00040 |
| | ) | 2:12-cr-00033-2 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 14, 2015 Order.

September 15, 2015

_____
Frank G. Johns, Clerk
United States District Court